Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REBECCA WILCOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:11-cv-0274 |
| ) | |
| AMERICAN HOME PATIENT, INC., ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

**MOTION FOR PERMISSION TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**

COMES NOW the Plaintiff, by and though undersigned counsel, and hereby moves this Honorable Court for permission to participate by telephone in the initial case management conference, presently scheduled for Monday, June 6, 2011 at 3:15 p.m. In support of his Motion, counsel would show that he represents the Respondent in a custody dispute pending in Moore County, Tennessee (Robertson v. Kelley, Chancery Case No. 2388) wherein there is a hearing on a temporary restraining order set for June 6, 2011 at 1:00 p.m. Counsel would further show that he has been advised that there is no other hearing date available on that matter until July 18, 2011, should the parties fail to go forward with the hearing on the temporary restraining order at that time.

Counsel anticipates that the hearing in the Robertson matter will be concluded prior to 3:15, but not in time to allow counsel to return to Nashville from Lynchburg, Tennessee. As such, counsel respectfully requests permission to participate in the case management conference in this matter by telephone. Counsel has advised Elin