IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

REBECCA WILCOX )
) No. 3-11-0274
v. )
)
AMERICAN HOMEPATIENT, INC. )

O R D E R

On January 23, 2012, the defendant filed a motion to dismiss the plaintiff's ADA claims (Docket Entry No. 24).

The plaintiff shall have until February 13, 2012, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by February 27, 2012, if the response is filed on February 13, 2012.

No other filings in support of or in opposition to the defendant's pending motion to dismiss shall be made except with the express permission of the Honorable Kevin H. Sharp.

No memoranda in support of the plaintiff's response or the defendant's reply shall exceed twenty (20) pages.

There shall be no stay of discovery before the March 30, 2012, deadline for completion of fact discovery or the June 29, 2012, deadline for completion of expert discovery despite the pendency of the defendant's motion.

The Clerk is directed to forward the file in this case to Judge Sharp for his consideration of the defendant's pending motion to dismiss the ADA claims and accompanying memorandum (Docket Entry Nos. 24-25), the plaintiff's response to be filed by February 13, 2012, and any reply, if necessary, to be filed no later than February 27, 2012.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge